**Fill in this information to identify the case:**

Debtor 1 <u>KENNETH WAYNE SMITH</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF LOUISIANA</u>

Case number <u>16-10527</u>

# Form 4100R

## Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor?** U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for LSF9 Master Participation Trust, as serviced by Fay Servicing, LLC

Court Claim no. (if known): 5

**Last 4 digits of any number you use to identify the debtor's account**  9460

**Property Address:** 1146 WINFIELD RD
Number  Street

PRINCETON, LA 71067
City                State    Zip

### Part 2: Prepetition Default Payments

Check one

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payments

Check one

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/04/2018
MM / DD / YYYY

\*\*Creditor agrees that Trustee paid pursuant to the plan. Creditor's claim is secured by the principal residence of Debtor, and its proof of claim delineated amounts owed for deferred interest which remains due and owing in part.

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   (b) $ _____
c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Part 4: | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Ashley E. Morris　　　　　　　　　　　　　　　　　　　　　Date  04/27/2021
　　Signature

Print　　Ashley E. Morris　　　　　　　　　　　　　　　　　　　　Title  Attorney for Creditor

Company　　Dean Morris, L.L.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address　　1505 North 19th Street
　　　　　　Number　　　　Street
　　　　　　Monroe, LA 71201
　　　　　　City　　　　　　State　　Zip Code

Contact phone　　(318) 388-1440　　　　　　　　　　　　　　Email  ljacob@creditorlawyers.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: KENNETH WAYNE SMITH     CASE NO. 16-10527
CHAPTER 13

## CERTIFICATE OF SERVICE

I, Ashley E. Morris, hereby certify that I have notified the following interested parties of the Response to Notice of Final Cure Payment filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, AS SERVICED BY FAY SERVICING, LLC, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Kenneth Wayne Smith<br>1146 Winfield Rd.<br>Princeton, LA 71067 | Todd Johns<br>Trustee<br>POB 1770<br>Shreveport, LA 71166 |
| L. Laban Levy<br>Attorney at Law<br>4700 Line Ave., Ste. 200<br>Shreveport, LA 71106 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Response to Notice of Final Cure Payment filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 27th day of April, 2021.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Ashley E. Morris
ATTORNEY FOR CREDITOR