UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In RE: Kenneth Wayne Smith § Case #: 16-10527
§
§
§
Debtors Chapter 13

# NOTICE OF FILING OF FINAL ACCOUNT

Notice is hereby given that the debtor(s) have completed the payments due to the Trustee under the confirmed plan. The Standing Chapter 13 Trustee submits the estate has been fully administered and has, therefore, filed a Final Report and Account (a copy of which is available for examination at the Clerk's Office of the United States Bankruptcy Court) and is prepared to close this case pursuant to 11 U.S.C. §350(a), 11 U.S.C. § 1302(b)(1) and Bankruptcy Rule 5009.

NOTICE IS HEREBY GIVEN that the Trustee's Final Report and Account **SHALL** be approved, the Trustee discharged and this case closed, as set forth above; **UNLESS**, written objection is filed thereto with the Bankruptcy Clerk of Court, Suite 2201, U.S. COURTHOUSE, 300 FANNIN STREET, SHREVEPORT, LOUISIANA, 71101, and notice thereof given to the Trustee, the Debtors and the Debtors' counsel. **TO BE CONSIDERED** any such objection **MUST** be filed with the Clerk and noticed as set forth herein within twenty-eight (28) days of the date the Chapter 13 Trustee certifies he mailed this Notice (see **CERTIFICATE OF MAILING** below for date). If any objection is timely filed and noticed, the objecting party will be notified by the Trustee of the date, time and place of the Court hearing on the objection.

/s/Todd S. Johns
**CHAPTER 13 TRUSTEE**
**P.O. Box 1770**
**Shreveport, LA 71166**

# CERTIFICATE OF MAILING

I hereby certify that a copy of this Notice was mailed by U.S.P.S. this Wednesday, July 7, 2021 to the Debtor(s), Debtors' Attorney, all creditors per the mailing matrix, and all parties requesting notice.

/s/Todd S. Johns
**CHAPTER 13 TRUSTEE**
**P.O. Box 1770**
**Shreveport, LA 71166**

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

US Bank Trust NA as Trustee for LSF9 M
C O Dean Morris LLC
1505 N19th Street
Monroe, LA  71201-4941

U S Bankruptcy Court
300 Fannin St Suite 2201
Shreveport, LA  71101-3089

26th Judicial District Court
Bossier Parish Clerk of Court
204 Burt Blvd Third Floor
PO Box 430
Benton, LA  71006-0430

Account Control Bureau
850 Olive St Ste A
Shreveport, LA  71104-2162

Ark La Tex Cardiology APMC
C O Credit Bureau of Louisiana
620 Crockett Street
Shreveport, LA  71101-3604

Bossier Parish Sheriff's Office
204 Burt Blvd
Benton, LA  71006-4901

Bossier Parish Sheriff's Office
PO Box 850
Benton, LA  71006-0850

C O Dean Morris LLC
1505 North 19th Street
Monroe, LA  71201-4941

Caliber Home Loans In
13801 Wireless Way
Oklahoma City, OK  73134-2500

Caliber Home Loans Inc
13801 Wireless Way
Oklahoma City, OK  73134-2500

Centerpoint Energy Ent
Po Box 1700
Houston, TX  77251-1700

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA  19101-7346

Cristina Walker
Assistant United States Attorney
Western District of Louisiana
300 Fannin Street Suite 3201
Shreveport, LA  71101-3120

Ethan A Hunt
Dean Morris LLP
POB 2867
Monroe, LA  71207-2867

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Louisiana Department of Revenue
Collections Division Bankruptcy
POB 66658
Baton Rouge, LA  70896-6658

Office of District Counsel
Internal Revenue Service
POB 30509
New Orleans, LA  70190-0509

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA  98083-0788

US Bank Trust National Association not in
PO Box 814609
Dallas, TX  75381-4609

Kenneth Wayne Smith
1146 Winfield Rd
Princeton, LA  71067-8351

L Laban Levy
Simon Fitzgerald Cooke et al
4700 Line Ave Ste 200
Shreveport, LA  71106-1533

Office of U S Trustee
300 Fannin St Suite 3196
Shreveport, LA  71101-3122

Todd Johns Ch 13 Trustee
Chapter 13 Trustee
POB 1770
Shreveport, LA  71166-1770